**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01188-CV

**HENRY S. MILLER COMMERIAL COMPANY, Appellant**

**V.**

**NEWSOM, TERRY & NEWSOM, LLP, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-1306**

## ORDER

We **GRANT** appellees' February 9, 2015 unopposed second motion for an extension of time to file their cross-appellants' brief. Appellees shall file their cross-appellants' brief by **MARCH 13, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE